People v Hodakowski (2023 NY Slip Op 05108)

People v Hodakowski

2023 NY Slip Op 05108

Decided on October 10, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 10, 2023

Before: Renwick, P.J., González, Kennedy, Scarpulla, Rodriguez, JJ. 

Ind. No. 2930/15 Appeal No. 14522 Case No. 2021-00327 

[*1]The People of the State of New York, Respondent, 
v
Szymon Hodakowski, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Robert M. Mandelbaum, J.), rendered September 2, 2020,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and a decision and order of this Court having been entered on December 2, 2021, holding the appeal in abeyance (200 AD3d 437), and upon the stipulation of the parties hereto dated September 19, 2023,
It is unanimously ordered that the said appeals be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: October 10, 2023